Lisa A. McClane, Bar No. 10139
Daniel I. Aquino, Bar No. 12682
Mahna Pourshaban, Bar No. 13743
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane@jacksonlewis.com
daniel.aquino@jacksonlewis.com
*Attorneys for Defendant*
*Arrow Electronics, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CHURCH & JESUS SALAZAR, | Case No.: 3:17-cv-00664-LRH-VPC |
| Plaintiffs, | |
| v. | |
| ARROW ELECTRONICS, INC. and DOE Defendants I-X, | NOTICE OF WITHDRAW OF ATTORNEY MAHNA POURSHABAN AND DEVERIE CHRISTENSEN |
| Defendants. | |

Defendant Arrow Electronics, Inc. ("Defendant") by and through their counsel Jackson Lewis P.C., hereby notify the Court to remove attorneys Deverie Christensen and Mahna Pourshaban as counsel of record from the above-captioned case and the Court's docket. Ms. Pourshaban is no longer an employee of Jackson Lewis P.C. Lisa A. McClane and Daniel Aquino will be counsel of record for Defendant.

Dated this 18th day of April, 2018.

JACKSON LEWIS P.C.

*/s/ Lisa A. McClane*
Lisa A. McClane, Bar No. 10139
Daniel I. Aquino, Bar No. 12682
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Arrow Electronics, Inc.*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: April 23, 2018

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee Jackson Lewis P.C. and that on this _18_ day of April, 2018, I caused to be sent via ECF filing, a true and correct copy of the above and foregoing **NOTICE OF WITHDRAW OF ATTORNEY MAHNA POURSHABAN AND DEVERIE CHRISTENSEN** to the following:

> Mark Mausert
> Cody Oldham
> 930 Evans Avenue
> Reno, Nevada 89512
>
> *Attorneys for Plaintiff*

_/s/ [signature]_
Employee of Jackson Lewis P.C.

4822-9213-1938, v. 1