# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CHURCH & JESUS SALAZAR, | Case No.: 3:17-cv-00664-LRH-VPC |
| Plaintiffs, | |
| v. | |
| ARROW ELECTRONICS, INC. and DOE Defendants I-X, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs James Church and Jesus Salazar and Arrow Electronics, Inc. ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the resolution of this matter.

Dated: August 1, 2018.

/s/*Lisa A. McClane*
Lisa A. McClane, Bar No. 10139
Daniel Aquino, Bar No. 12682
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
*Attorneys for Defendant The Cosmopolitan*

Dated: August 1, 2018.

/s/*Mark Mausert*
Mark Mausert, Bar No. 2398
Cody Oldham, Bar No. 14594
930 Evans Avenue
Reno, Nevada 89512
*Attorneys for Plaintiffs
James Church and Jesus Salazar*

## ORDER

IT IS SO ORDERED this 14th day of August, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE